NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TEVA WOMEN'S HEALTH, INC.,**
*Plaintiff-Appellant,*

v.

**LUPIN, LTD., AND
LUPIN PHARMACEUTICALS, INC.,**
*Defendants-Appellees,*

AND

**MYLAN PHARMACEUTICALS INC., MYLAN INC.,
AND FAMY CARE LTD.,**
*Defendants-Appellees.*

---

2012-1577

---

Appeal from the United States District Court for the District of New Jersey in Nos. 10-CV-0603 and 10-CV-1235, Judge Peter G. Sheridan.

---

**JUDGMENT**

---

RICHARD C. PETTUS, Greenberg Traurig LLP, of New York, New York, argued for plaintiff-appellant.  With him

on the brief was CHARANJIT BRAHMA, of Washington, DC. Of counsel were VERA RANIERI, and NICHOLAS A. BROWN of San Francisco, California; and JACK LIN of Washington, DC.

TIMOTHY H. KRATZ, McGuire Woods LLP, of Atlanta, Georgia, argued for defendants-appellees. With him on the brief were ROBERT L. FLORENCE and GEORGE J. BARRY, III. Of counsel on the brief were ARNOLD B. CALMANN, Saiber LLC, of Newark, New Jersey; SAILESH K. PATEL, Schiff Hardin LLP, of Chicago, Illinois; D. CHRISTOPHER OHLY, of Washington, DC; GEORGE C. YU and ALISON L. MADDEFORD, of San Francisco, California; HENRY P. BEHNEN, of New York, New York; and KAREN A. CONFOY and ERICA S. HELMS, Sterns & Weinroth, P.C., of Trenton, New Jersey.

———————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, O'MALLEY, and TARANTO, *Circuit Judges*).

**AFFIRMED. *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

|  May 21, 2013  |  /s/ Jan Horbaly  |
| Date | Jan Horbaly |
|  | Clerk |